Meyer W. Rosin, defendant in error, v. Bernard F. Weber, plaintiff in error. Gen. No. 37,409.

Opinion
filed December 31, 1934. Rehearing denied January 12, 1935.

Ernest Saunders, for plaintiff in error. Joe A. Pearce, Leonard F. Carmody and Leon Weiss, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Charles N. Scherer, appellant, v. Greenebaum Sons Investment Company, appellee. Gen. No. 37,583.

Opinion filed December 31, 1934.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Poppenhusen, Johnston, Thompson & Cole, for appellee; Edward J. Fleming and Henry G. O'Donnell, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Chicago Title and Trust Company and Frank Benjamin, plaintiffs in error, v. Margaret N. Collins and Metropolitan Trust Company, defendants in error. Gen. No. 36,907.

Opinion filed December 31, 1934. Rehearing denied January 12, 1935.

Hugh O'Neill and Hugh O'Neill, Jr., for certain plaintiff in error. Barthell & Rundall, for certain defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.